UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAY CUNNINGHAM,

    Plaintiff,

v.                                               4:21cv414–WS/MAF

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendant.

_____

ORDER

Before the court is the magistrate judge's report and recommendation (ECF No. 38) dated August 4, 2023. The magistrate judge recommends that this case be dismissed for failure to prosecute based on Plaintiff's counsel's repeated failure to file timely status reports as ordered by the court. In response (ECF No. 39) to the report and recommendation, Plaintiff, through counsel, objects to dismissal of the case, suggesting that "there has been no willful delay" in the filing of status reports, that the delay "has been due to [counsel] waiting to be advised by the Plaintiff's widow who in turn, is waiting to be advised by her probate lawyer whether [the state court] has appointed her to be the Personal Representative of her

husband's estate." ECF No. 39 at p.3.

While the delay in the widow's appointment as Personal Representative may be "beyond Plaintiff's family's control," *id.* at p. 1, the delay in filing status reports is *not* beyond counsel's control. Having repeatedly failed to comply with court orders, counsel has given the court good cause for dismissing the case. Nonetheless, the undersigned will reject the magistrate judge's recommendation of dismissal at this time, with the proviso that any future failure to comply with a court order will not be excused.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 38) is REJECTED.

2. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this ___9th___ day of ___August___, 2023.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE